# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WHITE COAT WASTE PROJECT,** ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 21-2213 (ABJ) |
| v. ) | (ECF) |
| ) | |
| **DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

May 13, 2022
Washington, DC

Respectfully submitted,

*/s/ Matthew Strugar*
Matthew Strugar
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthewstrugar.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-Civil Division
601 D Street, N.W,
Washington, D.C.  20530
Telephone: (202) 252-2562

*Counsel for the Defendant*

By: */s/ Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-Civil Division
601 D Street, N.W,
Washington, D.C.  20530
Telephone: (202) 252-2562

*Counsel for the Defendant*